HENRY M. CLARK, APPELLANT, *v.* ISAAC HAMPTON, RESPONDENT.

*Promissory note — Guaranty — when void for want of consideration expressed in it — in action on, insolvency of maker of note may be shown.*

A guaranty, written upon a promissory note in the words, " I hereby guarantee that the above note is not outlawed, according to the laws of the State. [Signed] Isaac Hampton," is invalid, no consideration being expressed in it. In an action thereon, it is proper to show, on the question of damages, that the maker of the note is insolvent, and that a judgment against him cannot be collected.

*Bridge* v. *Mason* (45 Barb., 38) followed.

APPEAL from a judgment of the Livingston County Court, reversing a judgment for the plaintiff in the justice's court.

*L. B. Proctor*, for the appellant.

*C. J. Bissell*, for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment of the county court affirmed.